UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO DUARTE BERNAL (A# 096-325-103), | No.  1:26-cv-01526 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| DEPARTMENT OF HOMELAND SECUIRTY (DHS), et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

May 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. No. 13.  Petitioner filed objections to the findings and recommendations on the grounds the Magistrate Judge failed to address "the independent unconstitutional nature of [his] current prolonged detention[,]"  ECF No. 14 at 1-2.  While Petitioner argues this claim was raised in his Petition, the undersigned disagrees with that characterization of the Petition.  Petitioner may pursue those claims in a separate habeas action.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DENIED without prejudice.

3. Respondents' motion to dismiss (ECF No. 9) is DENIED.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2